IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jason Landis,            )
                         )
        Plaintiff,       ) Case No. 1:06-CV-201
                         )
    vs.                  )
                         )
John Buchholz,           )
                         )
        Defendant.       )

O R D E R

On November 14, 2006, Magistrate Judge Black issued a Report and Recommendation (Doc. No. 29) stating that Plaintiff's motion for leave to file an amended complaint (Doc. No. 24) should be granted in part and denied in part.  On November 21, 2006, before the time for filing objections to the Report and Recommendation had expired, Plaintiff filed an amended complaint in conformity with the Report and Recommendation.  Defendant soon after filed an answer to the amended complaint.

The Court concludes, therefore, the neither party objects to Magistrate Judge Black's Report and Recommendation.  Accordingly, the Court **ADOPTS** the Report and Recommendation.  Plaintiff's motion for leave to file an amended complaint is granted in part and denied in part nunc pro tunc.

**IT IS SO ORDERED**

Date December 13, 2006            s/Sandra S. Beckwith
                              Sandra S. Beckwith, Chief Judge
                                United States District Court